No. 14,415.

BRUHN COMPANY *v.* WAGNER ET AL.

(82 P. [2d] 1117)

Decided September 19, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Bouck and Mr. Justice Holland not participating.

Mr. CHARLES E. FRIEND, for plaintiff in error.

Messrs. DINES, DINES & HOLME, Mr. ROBERT E. MORE, Mr. B. O. WHEELER, for defendants in error.